UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARINA SCOTT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>JOHNSON & JOHNSON CONSUMER INC., and VOGUE INTERNATIONAL LLC,<br><br>    Defendants. | Case No. 22-cv-07069 (JRB)<br><br>Judge John Robert Blakey<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO THE COURT, CLERK OF THE NORTHERN DISTRICT OF ILLINOIS, AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Marina Scott, by and through her counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the Complaint with prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendants have not answered the Complaint or filed a motion for summary judgment.

Dated: October 18, 2023

                  Respectfully submitted,

                  **MILBERG COLEMAN BRYSON**
                  **PHILLIPS GROSSMAN PLLC**

                  By: */s/ Gary M. Klinger*
                     Gary M. Klinger

                  Gary M. Klinger
                  227 W. Monroe Street, Suite 2100

Chicago, IL 60606
Telephone: (866) 252-0878
E-mail: gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
E-mail: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Erin J. Ruben
900 W. Morgan St.
Raleigh, NC 27605
Telephone: (919) 600-5000
E-mail: eruben@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex Honeycutt
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
E-mail: ahoneycutt@milberg.com

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**

Jeff Ostrow
Kristen Lake Cardoso
One West Las Olas Blvd., Suite 500 Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
E-mail: ostrow@kolawyers.com
cardoso@kolawyers.com

**BURSOR & FISHER, P.A.**
Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150

2

        Fax: (212) 989-9189
        E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
Stephen A. Beck
Jonathan L. Wolloch
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-mail: swestcot@bursor.com
        sbeck@bursor.com
        jwolloch@bursor.com

*Attorneys for Plaintiff*