UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Marina Scott

Plaintiff,

v.   Case No.: 1:22−cv−07069
Honorable John Robert Blakey

Johnson & Johnson Consumer, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 9, 2023:

    MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's notice of voluntary dismissal [42], the Court dismisses this case with prejudice as to Plaintiff and without prejudice as to any putative class members. The Court strikes all set dates and deadlines and denies without prejudice all pending motions, including Defendants' motions to strike [16] and dismiss [20]. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.